UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALEXIS BRYAN | CIVIL ACTION NO. 19-cv-671 |
| VERSUS | JUDGE JUNEAU |
| U. S. COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this matter is **REMANDED** to the Agency for the Commissioner to address the substantive issues regarding petitioner's claimed disability.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 30th day of November, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE